ABEL ACOSTA, CLERK..
Appeals. CLERK.
IN THE CRIMINAL
APPEALS OF TEXAS
P.O. Box 12308
CAPITOL STATION.
AUSTIN, TEXAS 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 1 1 2015

Abel Acosta, Clerk

RE: Relater's denial writ of mandamus, without written order No 96-CR-1701 WR-39,
768-05

Dear, Clerk, In Criminal Appeals:

Comes Now, Relater, Ismael Diaz Jr, in case above, whitin the request in (15) more days from this date. How; Clerk recieve instrument for an Extantion of (15) more day that relater is in need to present in motion not only the need of this Hon; Court's help with a writ of mandamus but is an extraordinary remedy that will issue only to correct a clear abuse of discretion or the violation of duty imposed by Law, when there is no other adequate remedy by Law.

Thank you for your valuble time.

Trutfully Submitted
Ismael
Ferguson Unit
12120 Savage Dr.
midway, tx 75852

Executed this 8th Day
of march 2015.

<u>UNSWORN to DECLARATION</u>

Pursuant to but Federal law 28 U.SC. §1746 and Texas Civil Practice and Remedies Code §§ 132.001-132.003, I, Ismael Diaz Jr, An incarcerate Citizen of the state of Texas herein swear under penalty that the forsgoing is a true and correct account of events discribed herein.

Executed this 8th Day
of march 2015.

Trutfully Submitted
Ismael
ISMAEL DIAZ Jr 773607
Ferguson Unit
12120 Savage Drive
Midway, tx 75852
"Pro se" 773607